Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. John W. GARRETT, Respondent.

No. 3650.

Circuit Court of Appeals, Fourth Circuit.

Dec. 11, 1934.

Frank J. Wideman, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

George E. Elliott, of Washington, D. C., for respondent.

PER CURIAM.

Case dismissed under Rule 20 in accordance with agreement of counsel.

Guy T. HELVERING, Commissioner of Internal Revenue, v. GREAT AMERICAN LIFE INSURANCE COMPANY.

No. 1174.

Circuit Court of Appeals, Tenth Circuit.

Feb. 12, 1935.

Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Warren H. White, of Hutchinson, Kan., for respondent.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Petition for review dismissed on motion of petitioner.

Guy T. HELVERING, Commissioner of Interternal Revenue, Petitioner, v. Charles N. KIMBALL, Respondent.

No. 3871.

Circuit Court of Appeals, Fourth Circuit.

April 1, 1935.

Frank J. Wideman, Asst. Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Robert Ash, of Washington, D. C., for respondent.

PER CURIAM.

On motion of petitioner, cause is docketed and dismissed. Order filed.

Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. SOUTHERN RAILWAY COMPANY et al., Respondents.

No. 3912.

Circuit Court of Appeals, Fourth Circuit.

June 3, 1935.

Frank J. Wideman, Asst. Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

W. T. Joyner, of Washington, D. C., for respondents.

PER CURIAM.

On motion of petitioner, cause is docketed and dismissed. Order filed.